SO ORDERED.

Dated: March 31, 2017

*Daniel P. Collins*

**Daniel P. Collins, Chief Bankruptcy Judge**
_____

Kim R. Lepore (SBN 019130)
klepore@wrightlegal.net
Jamin S. Neil (SBN 026655)
jneil@wrightlegal.net
**WRIGHT, FINLAY & ZAK, LLP**
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Telephone: (602) 842-3368
Facsimile: (949) 608-9142

Attorneys for *Movant*
Seterus, Inc. as the authorized subservicer for
Federal National Mortgage Association ("Fannie
Mae"), creditor c/o Seterus, Inc.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>EVAN R SCHULTZ,<br><br>Debtor. | Case No. 2:14-bk-01936-DPC<br><br>Chapter 13 |
| SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC.,<br><br>Movant,<br><br>vs.<br><br>EVAN R SCHULTZ, Debtor; and EDWARD J. MANEY, Chapter 13 Trustee,<br><br>Respondents. | **ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**<br><br>**PROPERTY**:<br>17431 West Mesquite Drive<br>Goodyear, Arizona 85338<br><br>**Hearing**: [*TBD pursuant to LBR 4001-1(i)*] |

    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.'s ("Movant") Motion for Relief from the Automatic Stay ("Motion") and Notice of Motion for Relief from Automatic Stay, along with the form of proposed Order Granting Motion for Relief from Automatic Stay, having been duly served upon all interested parties, and no objection having been received, and good cause appearing therefor,

/././

-1-      CASE NO. 2:14-bk-01936-DPC
**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

**IT IS HEREBY ORDERED**:

1. The automatic stay of 11 United States Code § 362 is hereby terminated as it applies to the enforcement by Movant of all of its rights in the real property commonly known as 17431 West Mesquite Drive, Goodyear, Arizona 85338 (the "Property"), which is legally described as:

> LOT 63, OF CANYON TRAILS UNIT 4 WEST PARCEL A1, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA IN BOOK 761 OF MAPS, PAGE 43.

2. Movant may enforce its remedies to foreclosure upon and obtain possession of the Property in accordance with applicable non-bankruptcy law;

3. The notice requirements of subsections (b) and (c) of Rule 3002.1 of the Federal Rules of Bankruptcy Procedure are waived as they relate to Movant's secured claim on the Property;

4. If the Trustee is making payments to Movant, the Trustee shall cease making such payments at the next regular disbursement following service of this Order;

5. Movant may offer and provide Debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

6. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

7. Pursuant to Rule 9022 of the Federal Rules of Bankruptcy Procedure, the Clerk shall immediately serve a Notice of Entry of this Order upon Debtor, Debtor's counsel, the Trustee, and all other interested parties entitled to notice of the Motion.

**DATED AND SIGNED ABOVE**